IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Daniel Human, and others similarly situated, )<br>)<br>Plaintiff(s),  )<br>)<br>vs.  )<br>)<br>Window Nation, et al.,  )<br>)<br>Defendant(s).  ) | No. 4:23-cv-00489-PLC |

**PLAINTIFF'S MOTION TO WITHDRAW NOTICE OF SETTLEMENT**

***COMES NOW*** the Plaintiff, Daniel Human, by and through the undersigned counsel, and respectfully withdraws his notice of settlement and that it be removed from public viewing on the docket.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001
Attorney for the Plaintiff

Certificate of Service

I hereby certify that the above and foregoing motion was served electronically, via ECF/CM this 27th day of November 2023, on all parties of record. This document was also scanned for viruses using Windows Defender 2022 and is free of viruses and malware.

/s/Edwin V. Butler
Edwin V. Butler